People of State of Illinois, Defendant in Error, v. John V. Garrity, Plaintiff in Error.

Gen. No. 46,735.

First District, First Division.
January 9, 1956.
Released for publication February 27, 1956.

McGuire, Lane & Casey, for plaintiff in error; Martin J. McGuire, and Thomas R. Casey, Jr., of counsel; John Gutknecht, State's Attorney of Cook county, for defendant in error; Irwin D. Block, First Assistant State's Attorney, John T. Gallagher, Rudolph L. Janega, William L. Carlin, Francis X. Riley, and Irving Bronstein, Assistant State's Attorneys, of counsel. Opinion by JUDGE BURKE. **Not to be published in full.**